## Albert Hassell, Appellee, v. State Bank of West Pullman, Appellant.

## Gen. No. 23,816.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. ARNOLD HEAP, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed April 29, 1918.

### Statement of the Case.

Trover by Albert Hassell, plaintiff, against State Bank of West Pullman, defendant, to recover on a check drawn to plaintiff's order and paid by defendant on a forged indorsement. From a judgment for plaintiff for $300, defendant appeals.

HARRY A. BIOSSAT, for appellant.

SINDEN, HASSELL & OSUSKY and C. P. GARDNER, for appellee; JOHN H. McAULIFFE, of counsel.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 13*—*what is form of cases of fourth class.* The form of cases of the fourth class in the Municipal Court of Chicago is to be regarded as whatever the evidence makes it.

2. MUNICIPAL COURT OF CHICAGO, § 13*—*when action of fourth class is in tort for conversion.* Where the evidence introduced on the trial of a fourth-class case in the Municipal Court of Chicago by the payee of a check against the bank for paying the check on a forged indorsement shows an actual conversion of plaintiff's check by defendant, the action will be held to be one in tort for conversion.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

3. MUNICIPAL COURT OF CHICAGO, § 28*—*when statement of claim in action of fourth class for paying check on forged indorsement deemed sufficient in absence of objections in trial court.* In a fourth-class case in the Municipal Court of Chicago for paying, on a forged indorsement, a check drawn payable .to plaintiff's order, a statement of claim which charges the payment of the check by defendant to a third person without plaintiff's authority or indorsement is, in the absence of objections thereto at the trial, sufficient to support a judgment for plaintiff.